LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiff L.D.*

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
18881 Von Karman Ave., Suite 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

*Attorneys for Plaintiff Juan Frias*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

L.D., a minor, by and through her guardian ad litem Desiree DeLeon, individually and as successor-in-interest to Cesar Frias, deceased; JUAN FRIAS, individually,

        Plaintiffs,

    vs.

CITY OF LOS ANGELES; ENRIQUE ANZALDO; LEON MAYA; WILLIAM HEARD; RUBEN LOPEZ; JUAN GARCIA; VALENTIN MARTINEZ; SYNTHIA LEE; BRUCE ADAM; GUY DOBINE; JOE DOMINGUEZ; JAMES HART; JOSEPH GOOSBY; TIM MCCARTHY; DAIN HURST and DOES 1-10, inclusive,

        Defendants.

Case No: 2:16-cv-04626-PSG-SK

[*Honorable Philip S. Gutierrez*]

**PLAINTIFFS' STATEMENT OF THE CASE**

Trial: September 24, 2019

Time: 9:00 a.m.

Courtroom 6A

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

      **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Statement of the Case.

Respectfully submitted,

DATED:  September 17, 2019     LAW OFFICES OF DALE K. GALIPO

                By_____/s/ Renee V. Masonsong_____
                    Dale K. Galipo
                    Renee V. Masongsong
                    *Attorneys for Plaintiffs*

## STATEMENT OF THE CASE

This case arises out of the death of Cesar Frias, who died on April 6, 2016 after City of Los Angeles police officers responded to a mental health call at Mr. Frias' home. The plaintiffs are Layla, who is the minor child of Cesar Frias, and Juan Frias, who is the father of Cesar Frias. The defendants are the City of Los Angeles and multiple Los Angeles Police Department officers.

The plaintiffs claim that the involved police officers used excessive and unreasonable force against Cesar Frias, denied timely medical care to Cesar Frias, and were negligent, which caused Mr. Frias' injuries and his eventual death. The plaintiffs also claim that the involved officers demonstrated a deliberate indifference the health and safety of Cesar Frias and that the City of Los Angeles was deliberately indifferent to training its police officers with respect to the use of less-lethal force and handling situations with individuals who are having a mental health crisis. The plaintiffs seek damages as permitted by law.