| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (Bar No. 144074)<br>dalekgalipo@yahoo.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118 | THE SEHAT LAW FIRM, PLC<br>Cameron Sehat, Esq. (SBN 256535)<br>18881 Von Karman Ave., Suite 850<br>Irvine, CA 92612<br>Telephone: (949) 825-5200<br>Facsimile: (949) 313-5001<br>Cameron@sehatlaw.com |
| *Attorneys for Plaintiff L.D.* | *Attorneys for Plaintiff Juan Frias* |

**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**SCOTT MARCUS**, Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel:  (213) 978-7023   Fax:  (213) 978-8785
Email: Christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.D., a minor, by and through her guardian *ad litem* Desiree DeLeon, individually and as successor-in-interest to Cesar Frias, deceased; JUAN FRIAS, individually,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES; ENRIQUE ANZALDO; LEON MAYA; WILLIAM HEARD; RUBEN LOPEZ; JUAN GARCIA; VALENTIN MARTINEZ; SYNTHIA LEE; BRUCE ADAM; GUY DOBINE; JOE DOMINGUEZ; JAMES HART; JOSEPH GOOSBY; TIM MCCARTHY; DAIN HURST and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:16-cv-04626-PSG-SK<br><br>[*Honorable Philip S. Gutierrez*]<br><br>**JOINT *AMENDED* WITNESS LIST – DEFENDANT'S PROPOSED**<br><br>Trial: January 21, 2020<br>Time: 9:00 a.m.<br>Courtroom 6A |

**TO THIS HONORABLE COURT:**

The parties hereby submit a Joint Amended Witness List as follows:

Pursuant to Local Rule 16-5, Plaintiffs respectfully submits the following list of witnesses who may be called at trial:

| Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|
| 1. Adam, Bruce | 1 hour<br><br>Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 2. Alba, Richard | 0.25<br><br>Def: .25 | SWAT Officer; will testify as to the scene of the incident and evidence, and tactics used by the officers. |
| 3. Anzaldo, Enrique | 1.5 hours<br><br>Def: 1.5 – 2 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 4. Bacon, Keith | 0.50 hours<br><br>Def: .25 | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 5. Banuelos, Rene | 0.30<br><br>Def: .25 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 6. Bender, James | 0.30<br><br>Def: .30 | Sergeant; will testify as to the supervisor command and control of the officers, tactics employed and investigation of the use of force. |
| 7. Clark, Roger | 1.5<br><br>Def: 2 hrs. | Plaintiffs' Police Practices Expert, will testify as to the tactics and use of force. |
| 8. Cooke, John | 0.50<br><br>Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 9. Diar-Bekirian, Missak | 0.50<br><br>Def: 1 hr. | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 10. DeLeon, Desiree | 0.50<br><br>Def: .25 | GAL for minor plaintiff and significant other of the decedent; will testify as to the minor plaintiff's damages as well as to her observations of the decedent's mental health and conduct leading up to the incident |

| Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|
| 11.  Dobine, Guy | 1-1.5 hours<br><br>Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 12.  Dominguez, Joe | 1-1.5 hours<br><br>Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 13.  Frias, Alberto | 0.50<br><br>Def: 1 hr. | Decedent's Brother; will testify as to the scene, plaintiffs' damages, and involvement in incident. |
| 14.  Frias, Juan | 0.50<br><br>Def: .75 | Decedent's Father; will testify as to the scene, plaintiffs' damages, and involvement in incident. |
| 15.  Garcia, Juan | 1-1.5 hours<br><br>Def: 1 – 1.5 hr. | Defendant; Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 16.  Goosby, Joseph | 1-1.5 hours<br><br>Def: 1 – 1.5 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 17.  Gutierrez, Eric | 0.40<br><br>Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 18.  Hart, James | 1-1.5 hours<br><br>Def: 1 – 1.5 hrs. | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 19.  Heard, William | 1-1.5 hours<br><br>Def: 1 hr. | Lieutenant; Incident Commander, will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 20.  Hernandez, Eliseo | 0.40<br><br>Def: .75 | Decedent's Uncle; will testify as to the scene, plaintiffs' damages, and involvement in incident. |

| Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|
| 21. Hernandez, Eric | 0.50<br><br>Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 22. Hurst, Dain | 1-1.5 hours<br><br>Def: 1 hr. | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 23. Lee, Synthia | 1-1.5 hours<br><br>Def: .75 | Defendant; Captain; Incident Commander; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 24. Lopez, Ruben | 1-1.5 hours<br><br>Def:1.5 – 2 hrs. | Defendant; Lieutenant; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 25. Manfreda, Allison | 0.50<br><br>Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. |
| 26. Martinez, Valentin | 1-1.5 hours<br><br>Def: 1 hr. | Defendant; Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 27. Maya, Leon | 1-1.5 hours<br><br>Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 28. McCarthy, Tim | 1-1.5 hours<br><br>Def: 1.5 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 29. McDowell, Joseph | 0.75 hours<br><br>Def: 1 hr. | Sergeant; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 30. Panchal, Ajay, M.D. | 0.75 hours<br><br>Def: .75 | Los Angeles County Coroner Deputy Medical Examiner; Will testify as to decedent's injuries, cause and manner of death. |
| 31. Sainz, Mario | 0.50<br><br>Def: .30 | Coroner Investigator; will testify as to decedent's injuries, cause and manner of death. |

-3-
JOINT AMENDED WITNESS LIST

| | Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|---|
| 32. | Saucedo, Matther | 0.50<br>Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. |
| 33. | Waymire, Todd | 0.30<br>Def: .30 | Detective; investigation of the incident, and evidence collected. |
| 34. | Woiwode, Annette | 1.0<br>Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. Inspected and test fired Anzaldo's weapon. |
| 35. | Dr. Brian Lugo (or other Personnel from Henry Mayo Hospital) | | Decedent's injuries upon arrival at the hospital; survival damages |
| 36. | Annie S. Williamson* | 0.25<br>Def: .25 | If necessary, Ms. Williamson will testify regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 37. | Karl-Hans Wurzinger, Ph.D.* | 0.25<br>Def: .25 | If necessary, Dr. Wurzinger will testify at trial regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 38. | Luz Becerra* | 0.25<br>Def: .25 | If necessary, Ms. Becerra will testify at trial regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 39. | Detective Kevin Huff | | |

\*      Plaintiffs will only call if necessary.

Pursuant to Local Rule 16-5, Defendants respectfully submits the following <u>additional</u> list of witnesses who may be called at trial[1]:

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| 1. Butler, Chad* | .25 | Officer from Foothill Division, first unit at scene to respond to back-up request. |
| 2. Cardona, Tom* | .25 | Officer from Foothill Division, first unit at scene to respond to back-up request. |
| 3. Chinwah, Dr. Ogbonna* | .75 | Medical Examiner; examination and findings on autopsy of Cesar Frias. |
| 4. Danielson, David* | .50 | LAFD, firefighter/paramedic at scene, will testify as to his observations and treatment of Cesar Frias. |
| 5. Dehasa, Calvin* | .50 | Detective/Supervisor at scene from MEU, will testify to negotiations and observations made at scene. |
| 6. Dempsey, Charles | .75 | Defense Expert will testify as to tactics and use of force used by LAPD patrol officers and MEU personnel during this underlying incident as well as in rebuttal to Plt's Expert Clark's opinions. Moreover, Dempsey will testify as to the training provided to patrol officers in the area of 5150 and de-escalation. |
| 7. Egan, Yesenia* | .25 | Officer at scene will testify as to her observations, negotiations and tactics. |
| 8. Flosi, Edward | 1 hr. | Defense Expert will testify specifically as to tactics and use of force used by LAPD patrol officers during this underlying incident. Additionally, will also testify as to the opinions proffered by Plt. Expert Clark as to the type of force, tactics and criticism of LAPD Patrol Unit's actions in handling the underlying incident, including ADA considerations. |

---

[1] Defendants list time estimates on duplicative witnesses for their Cross/Direct under listing of witnesses by Plaintiffs.

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| 9.  Gastelo, James | 1 – 1.5 hrs. | Officer at scene, will testify as to observations, negotiations and interaction with family members. |
| 10. George, Heather | 1 hr. | Clinician at scene from MEU, will testify to negotiations and observations made at scene. |
| 11.  Grasso, Jennifer | 1.25 | Defense Expert will testify as to the procedures and tactics used by the Crisis Negotiations Team during the underlying incident.  Additionally, will testify as to Plt. Expert Clark's opinion re: the use of CS gas and CNT efforts including discussion of Learning Domain 37. |
| 12. Herdina, Dr. Adam | .75 – 1 hr. | Psychologist at scene, will testify as to observations, negotiations, and interaction with family members of Cesar Frias. (CNT) |
| 13.  Hernandez, Joel | .75 | Decedent's cousin; witness and interactions with Cesar Frias and police personnel. |
| 14.  Horwitz, Dustin* | .50 | LAFD firefighter/paramedic at scene, will testify as to his observations and treatment of Cesar Frias. |
| 15. Ijames, Steven | 1.5 | Defense Expert will testify specifically as to tactics and use of force used by LAPD Special Weapons and Tactics (SWAT) during the underlying incident.  Additionally, will also testify as to the opinions proffered by Plt. Expert Clark as to the type of force, tactics and criticism of LAPD SWAT's actions in handling the underlying incident, including ADA considerations. |
| 16. Jackson, Mark* | .50 | Sgt. Tactical Supervisor for SWAT, will testify as to observations, negotiations and tactics at scene. |
| 17.   Knabe, Adam | .50 | LAFD, Supervisor at scene, will testify as to his observations and treatment of Cesar Frias. |
| 18.   Luu, Buck* | .50 | Detective Supervisor at scene from MEU, will testify to negotiations and observations made at scene. |
| 19.   Porter, Michael* | .50 | Sgt. at scene, will testify as to crisis negotiation (CNT) |

-6-
JOINT AMENDED WITNESS LIST

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| 20.  Rios, Mario* | .50 | Officer at scene, will testify as to observations, negotiations, and tactics regarding containment/entry. |
| 21.  Roca, Eddie* | .50 | Officer at scene, will testify as to his observations, negotiations, and tactics regarding arrest and taking into custody of Cesar Frias. |
| 25.  Rosenberg, James MD | .50 | Defense Psychiatric Expert who will testify as to the psychiatric status of Cesar Frias around the time of the incident with the Los Angeles Police Department.  Additionally, will testify as to the veracity of Plt. Expert Clark opinions in regarding "disability" under ADA and the neurological state of Cesar Frias. |
| 22.  Rubio, Francisco | .75 | Officer at scene will testify as to his observations, negotiations and interaction with Cesar Frias and family members. |
| 23.  Vilke, Gary MD | .25 | Defense Medical Expert who will testify as to the type of injury sustained by Cesar Frias and its effects on Cesar Frias both physically and internally.  Additionally, will testify as to Plt's Expert Clark opinion as to the harm posed by the weapon in possession of Cesar Frias and the injury it can potentially inflict. |
| 24.  Justin Wade | .75 | LAPD Officer who will testify as to LAPD and Officers training in the area of Use of Force. |
| 25.  Weaver, Steven* | .50 | Sgt. Tactical Supervisor for SWAT, will testify as to observations, negotiations and tactics at scene. |
| 26.  Wert, Jerrold* | .75 | Officer/Supervisor at scene, will testify as to observations, negotiations and tactics at scene. |
| 27.  Wetli, Charles MD | .50 | Defense Forensic Pathology Expert who will testify as to the bullet wound and projectile pathway through the body of Cesar Frias and the errors in the autopsy report. |
| 28.  Wheeler, Mark | .50 | Officer at scene from MEU, will testify to negotiations and observations made at scene. |

///

\* Denotes witness to be called, if necessary.

The parties hereby reserve the right to amend, add to, or delete any of the above-listed information should it become necessary.

DATED: January 21, 2020          LAW OFFICES OF DALE K. GALIPO

                                 By _____
                                    DALE K. GALIPO
                                    RENE MASONGSONG
                                    *Attorneys for Plaintiff L.D.*

DATED: January 21, 2020          THE SEHAT LAW FIRM, PLC

                                 By _____
                                    CAMERON SEHAT
                                    *Attorneys for Plaintiff FRIAS.*

DATED: January 21, 2020          MICHAEL N. FEUER, City Attorney
                                 SCOTT MARCUS, Chief, Civil Litigation Branch
                                 CORY M. BRENTE, Senior Assistant City Attorney

                                 By _____/s/_____
                                    CHRISTIAN BOJORQUEZ, Deputy City Attorney
                                    *Attorneys for Defendants* CITY OF LOS ANGELES, et al.