# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 16-4626-PSG (SKx) |
| Title: | JUAN FRIAS V CITY OF LOS ANGELES ET AL |
| Date | January 21, 2020 |

Present: The Honorable   Philip S. Gutierrez , U.S. District Judge

| Wendy K. Hernandez | Marea Woolrich |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Cameron Sehat<br>Marcel Sincich<br>Dale Galipo | Christian Bojorquez |

**Day Court Trial**    1st   **Day Jury Trial**

- One day trial:  X  Begun (1st day);  X  Held & Continued; ___ Completed by jury verdict/submitted to court.
- X  The Jury is impaneled and sworn.
- X  Opening statements made by   Plaintiff and Defense counsel
- ___ Witnesses called, sworn and testified.   ___ Exhibits identified.   ___ Exhibits admitted.
- ___ Plaintiff(s) rest.   ___ Defendant(s) rest.
- ___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
- ___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- ___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
- ___ Jury polled.   ___ Polling waived.
- ___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- ___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   ___ Briefs to be filed by
- ___ Motion to dismiss by _____ is ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for mistrial by _____ is ___ granted.  ___ denied.  ___ submitted.
- ___ Motion for Judgment/Directed Verdict by _____ is ___ granted.  ___ denied.  ___ submitted.
- ___ Settlement reached and placed on the record.
- ___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- X  Case continued to   1/22/20 at 8am   for further trial/further jury deliberation.
- X  Other:   Defendants' MIL 1 to be reconsidered by the Court. Plaintiff's MIL 1 and 2 granted in part.

6 : 00

Initials of Deputy Clerk   wkh