# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| Case No. | CV 16-4626-PSG (SKx) | Date | January 23, 2020 |
|---|---|---|---|
| Title: | JUAN FRIAS V CITY OF LOS ANGELES ET AL | | |

Present: The Honorable    Philip S. Gutierrez, U.S. District Judge

| Wendy K. Hernandez | Marea Woolrich / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Cameron Sehat<br>Marcel Sincich<br>Dale Galipo | Christian Bojorquez |

\_\_\_\_ **Day Court Trial**    3    **Day Jury Trial**

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    X Held & Continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

X Witnesses called, sworn and testified.    X Exhibits identified.    X Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court instructs jury.

\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists    \_\_\_\_ Filed jury notes.    \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.    \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to    1/24/20 at 8am    for further trial/further jury deliberation.

X Other:    Counsel to provide a redacted version of Exhibit 2. Admitted exhibits listed on the record.

                                                                                    5 : 30
                                                              Initials of Deputy Clerk    wkh