JURY NOTE NO. __1__

FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DATE: __1/30/2020__

CASE NO. CV16-4626-PSG (SKx)                    TIME: __4:20 PM__

CASE NAME: *Juan Frias v. City of Los Angeles, et al.*

THE JURY HAS REACHED A UNANIMOUS VERDICT __✓__

THE JURY REQUESTS THE FOLLOWING:




__REDACTED__
FOREPERSON OF THE JURY