## LIST OF EXHIBITS AND WITNESSES

| Case Number | CV16-4626 PSG (SKx) | | Title | Juan Frias v. City of Los Angeles, et al. |
|---|---|---|---|---|

| Judge | Philip S. Gutierrez, United States District Judge |
|---|---|
| Dates of Trial or Hearing | 01/21/2020 through 01/24/2020 and 01/28/2020 through 01/30/2020 |
| Court Reporters or Tape No. | Marea Woolrich and Debbie Hino-Spaan |
| Deputy Clerks | Wendy Hernandez and Stephen Montes Kerr |

FILED
CLERK, U.S. DISTRICT COURT

JAN 3 0 2020

CENTRAL DISTRICT CALIFORNIA
BY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale Galipo | Christian Bojorquez |
| Cameron Sehat | |
| Marcel Sincich | |
| Renee Masangson | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**TO THIS HONORABLE COURT:**

The parties hereby submit a Joint Amended Witness List as follows:

Pursuant to Local Rule 16-5, Plaintiffs respectfully submits the following list of witnesses who may be called at trial:

| | Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|---|
| 1. | Adam, Bruce    1/23/20    1/24/20 | 1 hour    Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 2. | Alba, Richard | 0.25    Def: .25 | SWAT Officer; will testify as to the scene of the incident and evidence, and tactics used by the officers. |
| 3. | Anzaldo, Enrique    1/28/20 | 1.5 hours    Def: 1.5 – 2 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 4. | Bacon, Keith | 0.50 hours    Def: .25 | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 5. | Banuelos, Rene | 0.30    Def: .25 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 6. | Bender, James | 0.30    Def: .30 | Sergeant; will testify as to the supervisor command and control of the officers, tactics employed and investigation of the use of force. |
| 7. | Clark, Roger    1/24/20 , 1/28/20 | 1.5    Def: 2 hrs. | Plaintiffs' Police Practices Expert, will testify as to the tactics and use of force. |
| 8. | Cooke, John | 0.50    Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 9. | Diar-Bekirian, Missak    1/22/20 | 0.50    Def: 1 hr. | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 10. | DeLeon, Desiree    1/29/2020 | 0.50    Def: .25 | GAL for minor plaintiff and significant other of the decedent; will testify as to the minor plaintiff's damages as well as to her observations of the decedent's mental health and conduct leading up to the incident |

-1-
JOINT AMENDED WITNESS LIST

| Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|
| 11. Dobine, Guy 1/24/20 | 1-1.5 hours Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 12. Dominguez, Joe 1/24/20 | 1-1.5 hours Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 13. Frias, Alberto 1/22/20 | 0.50 Def: 1 hr. | Decedent's Brother; will testify as to the scene, plaintiffs' damages, and involvement in incident. |
| 14. Frias, Juan | 0.50 Def: .75 | Decedent's Father; will testify as to the scene, plaintiffs' damages, and involvement in incident. |
| 15. Garcia, Juan 1/22/20 | 1-1.5 hours Def: 1 – 1.5 hr. | Defendant; Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 16. Goosby, Joseph | 1-1.5 hours Def: 1 – 1.5 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 17. Gutierrez, Eric (10:00) 1/23/20 | 0.40 Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 18. Hart, James 1/24/20 | 1-1.5 hours Def: 1 – 1.5 hrs. | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 19. Heard, William | 1-1.5 hours Def: 1 hr. | Lieutenant; Incident Commander, will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 20. Hernandez, Eliseo | 0.40 Def: .75 | Decedent's Uncle; will testify as to the scene, plaintiffs' damages, and involvement in incident. |

| Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|
| 21. Hernandez, Eric 1/22/20 | 0.50 Def: .30 | Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 22. Hurst, Dain | 1-1.5 hours Def: 1 hr. | SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 23. Lee, Synthia 1/23/20 | 1-1.5 hours Def: .75 | Defendant; Captain; Incident Commander; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 24. Lopez, Ruben 1/23/20 | 1-1.5 hours Def:1.5 – 2 hrs. | Defendant; Lieutenant; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 25. Manfreda, Allison | 0.50 Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. |
| 26. Martinez, Valentin 1/23/20 | 1-1.5 hours Def: 1 hr. | Defendant; Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 27. Maya, Leon 1/29/2020 | 1-1.5 hours Def: 1 hr. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 28. McCarthy, Tim | 1-1.5 hours Def: 1.5 hrs. | Defendant; SWAT Officer; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 29. McDowell, Joseph 1/22/20 | 0.75 hours Def: 1 hr. | Sergeant; will testify as to the force used on decedent, description of the scene and evidence, and the tactics used by the officers. |
| 30. Panchal, Ajay, M.D. 1/23/20 | 0.75 hours Def: .75 | Los Angeles County Coroner Deputy Medical Examiner; Will testify as to decedent's injuries, cause and manner of death. |
| 31. Sainz, Mario | 0.50 Def: .30 | Coroner Investigator; will testify as to decedent's injuries, cause and manner of death. |

-3-

JOINT AMENDED WITNESS LIST

| | Witness Name | Time Estimate | Statement Of Witness Testimony |
|---|---|---|---|
| 32. | Saucedo, Matther | 0.50 Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. |
| 33. | Waymire, Todd | 0.30 Def: .30 | Detective; investigation of the incident, and evidence collected. |
| 34. | Woiwode, Annette | 1.0 Def: .30 | Forensic Science Division; Criminologist; conducted examination of the scene for ballistic impacts, trajectories and projectiles. Inspected and test fired Anzaldo's weapon. |
| 35. | Dr. Brian Lugo (or other Personnel from Henry Mayo Hospital) | | Decedent's injuries upon arrival at the hospital; survival damages |
| 36. | Annie S. Williamson* | 0.25 Def: .25 | If necessary, Ms. Williamson will testify regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 37. | Karl-Hans Wurzinger, Ph.D.* | 0.25 Def: .25 | If necessary, Dr. Wurzinger will testify at trial regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 38. | Luz Becerra* | 0.25 Def: .25 | If necessary, Ms. Becerra will testify at trial regarding the following: the chain of custody of the DNA specimens in this case; the methods employed by LabCorp to conduct genetic testing; the analysis of the specimens; and the results of the genetic testing on L.D. in this case. |
| 39. | Detective Kevin Huff | | |

\*    Plaintiffs will only call if necessary.

JOINT AMENDED WITNESS LIST

Pursuant to Local Rule 16-5, Defendants respectfully submits the following additional list of witnesses who may be called at trial[1]:

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| 1. Butler, Chad* | .25 | Officer from Foothill Division, first unit at scene to respond to back-up request. |
| 2. Cardona, Tom* | .25 | Officer from Foothill Division, first unit at scene to respond to back-up request. |
| 3. Chinwah, Dr. Ogbonna* | .75 | Medical Examiner; examination and findings on autopsy of Cesar Frias. |
| 4. Danielson, David* | .50 | LAFD, firefighter/paramedic at scene, will testify as to his observations and treatment of Cesar Frias. |
| 5. Dehasa, Calvin* | .50 | Detective/Supervisor at scene from MEU, will testify to negotiations and observations made at scene. |
| 6. Dempsey, Charles | .75 | Defense Expert will testify as to tactics and use of force used by LAPD patrol officers and MEU personnel during this underlying incident as well as in rebuttal to Plt's Expert Clark's opinions. Moreover, Dempsey will testify as to the training provided to patrol officers in the area of 5150 and de-escalation. |
| 7. Egan, Yesenia* | .25 | Officer at scene will testify as to her observations, negotiations and tactics. |
| 8. Flosi, Edward 1/29/2020 | 1 hr. | Defense Expert will testify specifically as to tactics and use of force used by LAPD patrol officers during this underlying incident. Additionally, will also testify as to the opinions proffered by Plt. Expert Clark as to the type of force, tactics and criticism of LAPD Patrol Unit's actions in handling the underlying incident, including ADA considerations. |

---

[1] Defendants list time estimates on duplicative witnesses for their Cross/Direct under listing of witnesses by Plaintiffs.

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| | | |
| 9. Gastelo, James | 1 – 1.5 hrs. | Officer at scene, will testify as to observations, negotiations and interaction with family members. |
| 10. George, Heather | 1 hr. | Clinician at scene from MEU, will testify to negotiations and observations made at scene. |
| 11. Grasso, Jennifer | 1.25 | Defense Expert will testify as to the procedures and tactics used by the Crisis Negotiations Team during the underlying incident. Additionally, will testify as to Plt. Expert Clark's opinion re: the use of CS gas and CNT efforts including discussion of Learning Domain 37. |
| 12. Herdina, Dr. Adam | .75 – 1 hr. | Psychologist at scene, will testify as to observations, negotiations, and interaction with family members of Cesar Frias. (CNT) |
| 13. Hernandez, Joel | .75 | Decedent's cousin; witness and interactions with Cesar Frias and police personnel. |
| 14. Horwitz, Dustin* | .50 | LAFD firefighter/paramedic at scene, will testify as to his observations and treatment of Cesar Frias. |
| 15. Ijames, Steven 1/29/2020 | 1.5 | Defense Expert will testify specifically as to tactics and use of force used by LAPD Special Weapons and Tactics (SWAT) during the underlying incident. Additionally, will also testify as to the opinions proffered by Plt. Expert Clark as to the type of force, tactics and criticism of LAPD SWAT's actions in handling the underlying incident, including ADA considerations. |
| 16. Jackson, Mark* | .50 | Sgt. Tactical Supervisor for SWAT, will testify as to observations, negotiations and tactics at scene. |
| 17. Knabe, Adam | .50 | LAFD, Supervisor at scene, will testify as to his observations and treatment of Cesar Frias. |
| 18. Luu, Buck* | .50 | Detective Supervisor at scene from MEU, will testify to negotiations and observations made at scene. |
| 19. Porter, Michael* | .50 | Sgt. at scene, will testify as to crisis negotiation (CNT) |

| Witness Name | Time Estimate (hours) | Statement Of Witness Testimony |
|---|---|---|
| 20. Rios, Mario*<br>ⓔ 1/29/20 | .50 | Officer at scene, will testify as to observations, negotiations, and tactics regarding containment/entry. |
| 21. Roca, Eddie* | .50 | Officer at scene, will testify as to his observations, negotiations, and tactics regarding arrest and taking into custody of Cesar Frias. |
| 25. Rosenberg, James MD | .50 | Defense Psychiatric Expert who will testify as to the psychiatric status of Cesar Frias around the time of the incident with the Los Angeles Police Department. Additionally, will testify as to the veracity of Plt. Expert Clark opinions in regarding "disability" under ADA and the neurological state of Cesar Frias. |
| 22. Rubio, Francisco | .75 | Officer at scene will testify as to his observations, negotiations and interaction with Cesar Frias and family members. |
| 23. Vilke, Gary MD<br>1/29/2020 | .25 | Defense Medical Expert who will testify as to the type of injury sustained by Cesar Frias and its effects on Cesar Frias both physically and internally. Additionally, will testify as to Plt's Expert Clark opinion as to the harm posed by the weapon in possession of Cesar Frias and the injury it can potentially inflict. |
| 24. Justin Wade | .75 | LAPD Officer who will testify as to LAPD and Officers training in the area of Use of Force. |
| 25. Weaver, Steven* | .50 | Sgt. Tactical Supervisor for SWAT, will testify as to observations, negotiations and tactics at scene. |
| 26. Wert, Jerrold* | .75 | Officer/Supervisor at scene, will testify as to observations, negotiations and tactics at scene. |
| 27. Wetli, Charles MD | .50 | Defense Forensic Pathology Expert who will testify as to the bullet wound and projectile pathway through the body of Cesar Frias and the errors in the autopsy report. |
| 28. Wheeler, Mark | .50 | Officer at scene from MEU, will testify to negotiations and observations made at scene. |

-7-

1/22

# ADMITTED EXHIBITS

| Exh. | DESCRIPTION | |
|---|---|---|
| 2 | INCIDENT RECALL | PG. 1 ONLY REDACTED – 19:10 ONLY |
| 4-40 | SCENE PHOTOS | |
| 6-6 | SCENE PHOTO | |
| 32-3 | ERIC HERNANDEZ | |
| 36-3 | JUAN GARCIA PICTURE | |
| 73 | FAMILY PIX | -9<br>-2<br>-3<br>-15<br>-41<br>-13<br>-45<br>-24<br>-48 |
| 145 | VIDEO | 1:04-2:09 |
| 151 | VIDEO | CLIP 2 - 7:07 - 7:34<br>CLIP 2A - 7:07 - 7:34 slo-mo<br>CLIP 1 - 6:42 - 6:52<br>CLIP 1A - 6:42 - 6:52 slo-mo<br>CLIP 44 – 12:35 -13:06<br>12:35-13:00<br>4:30-8:00 |
| 186 | VIDEO | A 00:54 – 3:34 |
| 189 | VIDEO | A 4:30-8:05<br>CLIP 6 - 7:16 - 8:00 |
| 193 | VIDEO | A 7:51-9:11 |
| 211 | VIDEO | CLIP 34 - 2:10 – 4:15 |
| 213 | VIDEO | A 28:56 – 30:05 |
| 235 | VIDEO | CLIP 42 - 19:50 – 21:10 |
| 238 | VIDEO | CLIP 43 - 27:00-29:00 |
| 241 | VIDEO | CLIP 18 - 25:00 - 30:10 |
| 242 | VIDEO | CLIP 19 - 28:06 – 29:44 |
| 243 | VIDEO | CLIP 22 - 21:43 – 23:30   18:55 -19:19 - clip21<br>CLIP 24 – 28:38 – 29:39<br>CLIP 20 - 5:20 – 7:50 |
| 244 | VIDEO | CLIP 14 - 22:50 - 23:51 |
| | | |

# ADMITTED EXHIBITS

| Exh. | DESCRIPTION | |
|---|---|---|
| **JANUARY 23, 2020** | | |
| 1-16 | Scene Diagram | |
| 5-13 | Scene Photo | |
| 6 | Scene Photos | -12<br>-10 |
| 9 | Autopsy Photos (over<br>Defendant objections) | -07<br>-43<br>-53<br>-57<br>[-58 id'ed ONLY] |
| 42-2 | Bruce Adam Photo | |
| 44 | Guy Dobine Photos | -1<br>-3 |
| 46 | James Hart Photos | -1<br>-5<br>-8 |
| 65-1 | Taser Photo | |
| 66-8 | Beanbag Shootgun<br>Photo | |
| 70 | Scene Photos (evidence<br>tags) | -71<br>-72<br>-73<br>-85 |
| 181 | Video | A – 12:29 – 12:47    *Reserved on 1/24* |
| 182 | Video | A - 23:10 – 24:55 |
| 186 | Video | B – 2:10 – 2:35 |
| 193 | Video | B – 7:51 – 8:32 |
| 201 | Video | A – 0:10 – 1:54 |
| 238 | Video | Clip 46 - 1:48 - 2:42 |
| | | |
| | | |
| | | |
| | | |

## ADMITTED EXHIBITS

| Exh. | DESCRIPTION | |
|---|---|---|
| **JANUARY 24, 2020** | | |
| 5-12 | Scene Photo | |
| 7 | Scene Photos | -9<br>-10 |
| 10 | Scene Walk-through | -12<br>[-1 to 8] ID'ed only. |
| 46 | James Hart Photos | -2<br>-3<br>-4<br>-9<br>-10<br>-7 |
| 70 | Evidence Photos | -90<br>-84 |
| 72 | James Hart Photo | -9 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## ADMITTED EXHIBITS

| Exh. | DESCRIPTION | |
|------|-------------|---|
| **JANUARY 28, 2020** | | |
| 5~~10~~ | Scene Photos | −10 |
| 59 | Photos (Anzaldo) | -1 |
| | | -2 |
| | | -3 |
| | | -4 |
| | | -5 |
| 70 | Photos (scene) | -1 |
| | | -87 (ID only) |
| 71 | Photos (weapons) | -3 |
| | | -6 |
| 271 | Learning Domain 20 | ID only |
| 272 | Learning Domain 37 | -105 (ID only) |
| 273 | Manual Section | -1 (ID only) |
| 284 | Video | ID only |
| | | |
| | | |

## ADMITTED EXHIBITS

| Exh. | DESCRIPTION | |
|------|-------------|---|
| **JANUARY 29, 2020** | | |
| 51-1 | TASER Rpt – Goosby | |
| 55-1 | TASER Rpt - Maya | |
| 73~~VAA~~ | Family Photos | -23 |
| | | -39 |
| | | -47 |
| 60B | Anzaldo Interview | Audio Clip 14:25 to 15:48 |
| 132 | SWAT Frequency | Clip 1 - 3:48 – 3:54 |
| 136 | Mission Frequency | Clip 1 – 11:30 – 11:48 |

3-2 – added 1/29th

**TO THIS HONORABLE COURT:**

The parties hereby submit a Joint Amended Exhibit List and objections as follows:

### JOINT AMENDED EXHIBIT LIST

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| 1. | Scene Diagrams (CITY 59, 2230, 2254, 2258-2259, 2294-2300) | | | 1/23/20 1-16 |
| 2. | Incident Recall (CITY 2195-2206) | Plaintiffs' Objections: FRE 801, 802 | | 1/22/20 Redacted page 1 only (10:10 order) |
| 3. | Scene Photographs – Items booked into evidence (CITY 2347-2360) | Plaintiffs' Objections: FRE 403 as to certain photographs | | 1/29/20 3-2 |
| 4. | Scene Photographs – Front of residence (CITY 2362-2418) | | | 4-40 1/28/20 |
| 5. | Scene Photographs – Side and Rear of Residence (CITY 2419-2448) | | | 1/23/20 5-13 1/24/20 5-12 1/28/20 5-10 |
| 6. | Scene Photographs – Front Door and Interior of Residence | | | 1/22/20 6-6 1/23/20 6-10 6-12 |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (CITY 2449-2488) | | | |
| 7. | Scene Photographs – Front of Residence, Daylight (CITY 2489-2517) | | 1/23/20 7-4 7-6 | 1/24/20 7-4 7-6 1/24/20 7-9, 7-10 |
| 8. | Autopsy Report (CITY 2147-2163) | Plaintiffs object to certain portions of the autopsy report on the following grounds but intend to introduce relevant portions of the autopsy report at trial: FRE 801, 802; FRE 401, 402; FRE 403.  Def: Objections as to hearsay and relevancy. Moreover Evidence Code Sections 403 & 404. | | |
| 9. | Autopsy Photographs (CITY 2783-2840) | Def: Relevancy and Evidence Code Sections 403 & 404. Such Photographs may be more prejudicial than probative. | 9-58 id'ed only | 1/23/20 9-07 9-13 9-53 9-57 |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 10. | Scene Walk-Through Photographs (CITY 2737-2772) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | 1/24/20 10-12, (10-1 to 10-8; ID ONLY) |
| 11. | LAPD Use of Force Tactics Directive - OC Spray (CITY 2841-2843) | Plaintiffs' Objections: FRE 801, 802 | | |
| 12. | LAPD Use of Force Tactics Directive - Beanbag Shotgun (CITY 2844-2848) | Plaintiffs' Objections: FRE 801, 802 | | |
| 13. | LAPD Use of Force Tactics Directive - Strikes and Kicks (CITY 2853-2855) | Plaintiffs' Objections: FRE 801, 802 | | |
| 14. | Tactics Directive - Use of Force Policy (CITY 2859-2863) | Plaintiffs object to certain portions of this document on the following grounds: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 15. | LAPD Training Bulletin - Firm Grip & | Plaintiffs' Objections: FRE 801, 802; FRE 401, | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|  | Compliance Techniques (CITY 2869-2881) | 402 |  |  |
| 16. | LAPD Training Bulletin - The 'Team Takedown' (CITY 2927-2932) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 17. | LAPD Use of Force - Tactics Directive - Electronic Control Device (Taser) (CITY 2941-2948) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 18. | LAPD Training Bulletin - Tactics Directive - Weapons Other Than Firearms (CITY 2949-2953) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 19. | LAPD Training Bulletin- Developmental Disabilities (CITY 2963-2967) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 20. | Memo from Office of Support Services re Obtaining Mental Health Hold for | Plaintiffs' Objections: FRE 801, 802 |  |  |

-4-

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Department Employees (CITY 2968-2970) |  |  |  |
| 21. | Special Order No. 10 re Mental Health Unit Functions & Mental Health Crisis Response Program (CITY 2971-2973) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 22. | Special Order No. 6 & Related Docs re Responding to Persons with Mental Illness (CITY 2974-2981) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 23. | Police Sciences and Training Bureau Policies re Body Worn Cameras (CITY 2987-3002) | Plaintiffs' Objections: FRE 801, 802 |  |  |
| 24. | INC.160405004365(0) - Sgt. Bender Recording | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 25. | Audio Recorded | Def: Relevancy, hearsay, Evidence |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Interview of Captain Lee | Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 26. | Audio Recorded Interview of Ruben Lopez | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 27. | Audio Recorded Interview of William Heard | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 28. | Photographs of Rene Banuelos (CITY 2549-2554) |  |  |  |
| 29. | Audio Recorded Interview of Rene Banuelos | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | impeachment purposes, just as a Deposition would be used. | | |
| 30. | Photographs of Eric Gutierrez (CITY 2536-2541) | | | |
| 31. | Audio Recorded Interview of Eric Gutierrez | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 32. | Photographs of Eric Hernandez (CITY2524-2529) | | | 1/22/20 32-3 |
| 33. | Audio Recorded Interview of Eric Hernandez | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 34. | TASER Report for Device Assigned to Officer Eric Hernandez (CITY 2172-2173) | | | |

-7-

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 35. | Audio Recorded Interview of John Cooke | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 36. | Photographs of Juan Garcia (CITY 2530-2535) | | | 1/22/20 36 - 3 |
| 37. | Audio Recorded Interview of Juan Garcia | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 38. | Photographs of Missak Diar-Bekirian (CITY 2542-2548) | | | |
| 39. | Audio Recorded Interview of Missak Diar-Bekirian | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  |  | Deposition would be used. |  |  |
| 40. | TASER Report for Device Assigned to Officer Missak Diar-Bekirian (CITY 2174-2175) |  |  |  |
| 41. | Audio Recorded Interview of Valentin Martinez | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 42. | Photographs of Bruce Adam (CITY 2615-2619) |  |  | 1/23/20 42-2 |
| 43. | Audio Recorded Interview of Bruce Adam | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 44. | Photographs of Guy Dobine (CITY 2620 -2625) |  |  | 1/23/20 44 -1 44- 3 |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| 45. | Audio Recorded Interview of Guy Dobine | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 46. | Photographs of James Hart (CITY 2605-2614) | | | 1/23/20 46-1 46-5 46-8 | 1/24/20 46-2 to 46-4, 46-9, 46-10, 46-7, |
| 47. | Audio Recorded Interview of James Hart | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 48. | Audio Recorded Interview of Joe Dominguez | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 49. | TASER Report for Device Assigned to Officer Joe Dominguez | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     | (CITY 2183) |            |                 |               |
| 50. | Audio Recorded Interview of Joseph Goosby | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 51. | TASER Report for Device Assigned to Officer Joseph Goosby (CITY 2184) | | | |
| 52. | Photographs of Keith Bacon (CITY 2626-2630) | | | |
| 53. | Audio Recorded Interview of Keith Bacon | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 54. | Audio Recorded Interview of Leon Maya | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     |             | purposes, just as a Deposition would be used. |  |  |
| 55. | Taser Report for Device Assigned to Officer Leon Maya (CITY 2185-2186) |  |  |  |
| 56. | Audio Recorded Interview of Rich Alba | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 57. | Audio Recorded Interview of Tim McCarthy | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 58. | Audio Recorded Interview of Dain Hurst | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 59. | Photographs of Enrique Anzaldo (CITY 2600-2604) | | | 1/28/20 59-1 to 59-5 |
| 60. | Audio Recorded Interviews of Enrique Anzaldo | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 61. | Audio Recorded Interview of James Bender | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 62. | Audio Recorded Interview of Joseph McDowell | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 63. | Audio Recorded Interview of Mario Rios | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611.  Such | | |

-13-
JOINT AMENDED EXHIBIT LIST

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     |             | documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 64. | Officer Egan Photographs (CITY 2518-2523) | | | |
| 65. | Taser Photographs (CITY 2555-2563) | | | 1/23/20 65-1 |
| 66. | Beanbag Shotgun Photographs (CITY 2564-2582) | | | 1/23/20 66-8 |
| 67. | Pry Tool Photographs (CITY 2583-2586) | | | |
| 68. | Next Door (14712) Photographs (CITY 2588-2599) | | | |
| 69. | Photographs of Steve Weaver (CITY 2631-2635) | | | |
| 70. | Photographs of Evidence Tags 2-35 (CITY 2644-2735) | 1/28/20 70-87 | 1/23/20 70-71 70-72 70-73 70-85 | 1/24/20 70-90, 70-84 1/28/20 70-1 |
| 71. | Charting Photos of Officer Anzaldo's Firearm | | | 1/29/20 71-3, 71-6 |

-14-

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (CITY 2637-2643) | | | |
| 72. | Officer Hart Injury Photographs (CITY 2773-2782) | Plaintiffs' Objections: FRE 401, 402; FRE 403. | | 1/24/20 72-9 |
| 73. | Photographs of Cesar Frias and His Family | Defendants' Objections: Relevancy, Evidence Code Sections 402, 403, 404 & 611 | | 1/22/20 73-9  73-13 73-2  73-45 73-3  73-24 73-15  73-48 73-41 |
| 74. | Relevant Portions of POST Learning Domain #33: "Use of Impact Weapons" | | | |
| 75. | Relevant Portions of POST Learning Domain #35: "Firearms and Chemical Agents" | | | |
| 76. | TASER International Warning | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation.  Such information consists of several unrelated general warnings not backed by any foundation which are entirely prejudicial and irrelevant. On that basis, there is a risk of such documents being overly | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  |  | prejudicial to Defendants and on that basis, should be precluded. Defendants would request an Offer of Proof prior to use or admissibility. Violation of Rule 26. |  |  |
| 77. | List of Exhibits and Witnesses in the trial of the case *William Mears v. City of Los Angeles et al*, Case No. 2:15-cv-08441-JAK-AJW | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. There is a risk of such documents being overly prejudicial to Defendants and on that basis, should be precluded. Defendants would request an Offer of Proof prior to use or admissibility. Violation of Rule 26. |  |  |
| 78. | The jury's finding of inadequate training in the case *William Mears v. City of Los Angeles et al*, Case No. 2:15-cv- | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. There is a risk of such documents being overly prejudicial to |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | 08441-JAK-AJW | Defendants and on that basis, should be precluded. Defendants would request an Offer of Proof prior to use or admissibility. Violation of Rule 26. |  |  |
| 79. | Cesar Frias' Medical Records | Violations of Rule 26. |  |  |
| 80. | Funeral and Burial Expenses | Defendants' Objections: Relevancy, Evidence Code Sections 402, 403, 404 & 611 |  |  |
| 81. | Exemplar scissors |  |  |  |
| 82. | Taser X26 Model |  |  |  |
| 83. | Unbooked Evidence Item (LIMS #1-1) SWAT Pinning Pole |  |  |  |
| 84. | SWAT After-Action Report (CITY 2104-2114) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 85. | Watch Commander's Daily Report – Sgt. Lemons (CITY 2115-2119) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 86. | Watch Commander's Daily Report – Lt. | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     | Bluestein (CITY 2120-2125) | | | |
| 87. | Sergeant's Daily Report – Sgt. McDowell (CITY 2126-2127) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 88. | Sergeant's Daily Report – Sgt. Wert (CITY 2128-2129) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 89. | Sergeant's Daily Report – Sgt. Kessler (CITY 2130) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 90. | Sergeant's Daily Report – DIII Brausam (CITY 2131) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 91. | Sergeant's Daily Report – Sgt. Albin (CITY 2132-2133) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 92. | Sergeant's Daily Report – Sgt. Bender (CITY 2134) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 93. | Sergeant's Daily Report – Sgt. Putz (CITY 2135-2136) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | 1/23/20 | |
| 94. | LAPD Investigative Report - - James Hart | Plaintiffs' Objections: FRE 801, 802; FRE 401, | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     | (CITY 2137-2138) | 402; FRE 403. | | |
| 95. | LAPD Death Investigation Report – Cesar Frias (CITY 2139) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 96. | SID Laboratory Report, 08/04/16 – Firearms – Evidence Collected (CITY 2140) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 97. | LAPD Property Report, 04/11/16 (items 1-64) (CITY 2141-2144) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 98. | LAPD Property Report 04/18/16 (items 65-67) (CITY 2145) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 99. | LAPD Property Report 08/25/16 (items 68-71) (CITY 2146) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 100. | Coroner Case Report (CITY 2164) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 101. | L.A. County Coroner Investigator's Narrative | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     | (CITY 2165-2166) |  |  |  |
| 102. | L.A. County Coroner Personal Effects Inventory (CITY 2167) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 103. | L.A. County Forensic Science Laboratory Analysis Summary Report (CITY 2168) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 104. | LAPD – Forensic Science Division, Laboratory Report, 08/04/16 – Firearms – Evidence Collected (scissors) (CITY 2169) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 105. | LAPD – Forensic Science Division, Laboratory Report – Firearms, Test Fire Firearm (CITY 2170-2171) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. |  |  |
| 106. | TASER Evidence Sinc – Taser printout (Taser #007 – Officer Egan) |  |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| | (CITY 2176-2182) | | | |
| 107. | LAPD Forensic Science Division 07/28/16, Laboratory Report – Firearms – Bullet Path Analysis (CITY 2187) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 108. | LAPD Forensic Science Division 10/26/16, Laboratory Report – Firearms – Bullet/Cartridge Case Comparison (CITY 2188) | Plaintiffs' Objections: FRE 801, 802 | | |
| 109. | RACR Incident Notification Log (CITY 2189-2191) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 110. | Intradepartmental Correspondence, 04/07/16 – Assessment of Supervisor's Response (CITY 2194) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 111. | SID Firearm Analysis Bench Notes (CITY 2207-2285) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| 112. | FID Scene Survey Point List and notes (CITY 2286-2300) | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 113. | Baton - Use of Force – Tactics Directive, September 2013 (CITY 2849-2852) | Plaintiffs' Objections: FRE 801, 802 | | |
| 114. | Agitated Delirium - Use of Force – Tactics Directive, December 2013 | Plaintiffs' Objections: FRE 801, 802 | | |
| 115. | Use of Force Carotid Restraint Control Hold – Training Bulletin, August 2005 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402. | | |
| 116. | Arrest and Control – Training Bulletin, December 1996 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402. | | |
| 117. | Arrest and Control – Joint Locks – Training Bulletin, December 1996 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402. | | |
| 118. | Arrest and Control – Takedowns – Training Bulletin, December 1996 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402. | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 119. | Arrest and Control – Ground Control and Weapon Retention, December 1996 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402. | | |
| 120. | Hobble Restraint Device – Use of Force-Tactics Directive, March 2013 | Plaintiffs' Objections: FRE 801, 802 | | |
| 121. | Barricaded Suspects – Training Bulletin, October 1994 | Plaintiffs' Objections: FRE 801, 802 | | |
| 122. | Barricaded Suspects – Part II, Crisis Negotiations, October 1994 | Plaintiffs' Objections: FRE 801, 802 | | |
| 123. | Manual Section 4-217.36 - Incidents Involving Persons Suspected of Suffering from Mental Illness | Plaintiffs' Objections: FRE 801, 802 | | |
| 124. | Los Angeles Police Department Release of Firearm Advisement | Plaintiffs' Objections: FRE 801, 802 | | |
| 125. | Marijuana, Training Bulletin, October 1999 | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 126. | Audio Recording of 911 Call by Joel Hernandez | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 127. | Transcript of 911 Call by Joel Hernandez | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 128. | Audio Recording of 911 Call by Sergeant Bender | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 129. | Transcript of 911 Call by Sergeant Bender | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 130. | Audio Recording of 911 Call Requesting Media Unit | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 131. | Transcript of 911 Call Requesting Media Unit | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 132. | SWAT Frequency of incident – Audio Recording | Plaintiffs' Objections: FRE 801, 802. | | |
| 133. | SWAT Frequency of incident – Transcript | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 134. | SWAT CNT Negotiations Audio Recording – Family | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Member | | | |
| 135. | SWAT CNT Negotiations Transcript – Family Member | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 136. | Mission Frequency of Incident – Audio Recording | Plaintiffs' Objections: FRE 801, 802. | | |
| 137. | Mission Frequency of Incident – Transcript | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | | |
| 138. | Officer Banuelos Body Cam Video 1 – 4/5/16 - 1959W | | | |
| 139. | Officer Banuelos Body Cam Video 2 – 4/5/16 – 2016W | | | |
| 140. | Officer Banuelos Body Cam Video 3 – 4/5/16 – 2138W | | | |
| 141. | Officer Banuelos Body Cam Video 4 – 4/5/16 – 2208W | | | |
| 142. | Officer Banuelos Body Cam Video 5 – 4/5/16 – 2238W | | | |
| 143. | Officer Banuelos Body | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Cam Video 6 – 4/5/16 – 2308W | | | |
| 144. | Officer Cooke Body Cam Video 1 – 4/5/16 – 1959W | | | 1/22/20 1:04 - 2:09 |
| 145. | Officer Cooke Body Cam Video 2 – 4/5/16 – 2029W | | | |
| 146. | Officer Cooke Body Cam Video 3 – 4/5/16 – 2059W | | | |
| 147. | Officer Cooke Body Cam Video 4 – 4/5/16 – 2129W | | | |
| 148. | Officer Cooke Body Cam Video 5 – 4/5/16 – 2159W | | | |
| 149. | Officer Cooke Body Cam Video 6 – 4/5/16 – 2229W | | | |
| 150. | Officer Cooke Body Cam Video 7 – 4/5/16 – 2259W | | | |
| 151. | Officer Diar-Bekirian Body Cam Video 1 – 4/5/16 – 1953W | | | 1/22/20 Clip 2 7:07-7:34 Clip 2A 7:07-7:34 S/m Clip 1 6:42-6:52 Clip 1A 6:42-6:52 Clip 4A -12:35-13:00 12:35-13:00 4:30-8:00 |

Case 2:16-cv-04626-PSG-SK   Document 120   Filed 01/20/20   Page 28 of 47   Page ID #:1261

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| 152. | Officer Diar-Bekirian Body Cam Video 2 – 4/5/16 – 2023W | | | |
| 153. | Officer Diar-Bekirian Body Cam Video 3 – 4/5/16 – 2053W | | | |
| 154. | Officer Diar-Bekirian Body Cam Video 4 – 4/5/16 – 2123W | | | |
| 155. | Officer Diar-Bekirian Body Cam Video 5 – 4/5/16 – 2153W | | | |
| 156. | Officer Diar-Bekirian Body Cam Video 6 – 4/5/16 – 2223W | | | |
| 157. | Officer Diar-Bekirian Body Cam Video 7 – 4/5/16 – 2253W | | | |
| 158. | Officer Diar-Bekirian Body Cam Video 8 – 4/5/16 – 2323W | | | |
| 159. | Officer Diaz Body Cam Video 1 – 4/5/16 – 2159W | | | |
| 160. | Officer Diaz Body Cam Video 2 – | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 4/5/16 – 2229W | | | |
| 161. | Officer Diaz Body Cam Video 3 – 4/5/16 – 2259W | | | |
| 162. | Officer Egan Body Cam Video 1 – 4/5/16 – 2000W | | | |
| 163. | Officer Egan Body Cam Video 2 – 4/5/16 – 2156W | | | |
| 164. | Officer Egan Body Cam Video 3 – 4/5/16 – 2226W | | | |
| 165. | Officer Egan Body Cam Video 4 – 4/5/16 – 2257W | | | |
| 166. | Officer Escobedo Body Cam Video 1 – 4/5/16 – 2000W | | | |
| 167. | Officer Escobedo Body Cam Video 2 – 4/5/16 – 2030W | | | |
| 168. | Officer Escobedo Body Cam Video 3 – 4/5/16 – 2100W | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 169. | Officer Escobedo Body Cam Video 4 – 4/5/16 – 2130W | | | |
| 170. | Officer Escobedo Body Cam Video 5 – 4/5/16 – 2159W | | | |
| 171. | Officer Escobedo Body Cam Video 6 – 4/5/16 – 2229W | | | |
| 172. | Officer Escobedo Body Cam Video 7 – 4/5/16 – 2259W | | | |
| 173. | Officer Garcia Body Cam Video 1 – 4/5/16 – 2001W | | | |
| 174. | Officer Garcia Body Cam Video 2 – 4/5/16 – 2031W | | | |
| 175. | Officer Garcia Body Cam Video 3 – 4/5/16 – 2101W | | | |
| 176. | Officer Garcia Body Cam Video 4 – 4/5/16 – 2131W | | | |
| 177. | Officer Garcia Body Cam Video 5 – | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|     | 4/5/16 – 2201W |         |                 |               |
| 178. | Officer Garcia Body Cam Video 6 – 4/5/16 – 2231W | | | |
| 179. | Officer Garcia Body Cam Video 7 – 4/5/16 – 2301W | | | |
| 180. | Officer Gutierrez Body Cam Video 1 – 4/5/16 – 1959W | | | |
| 181. | Officer Gutierrez Body Cam Video 2 – 4/5/16 – 2029W | 181-A 12:29-12:47 Reserved on 1/24 | | |
| 182. | Officer Gutierrez Body Cam Video 3 – 4/5/16 – 2138W | | | 1/23/20 182A 23:10-24:55 |
| 183. | Officer Gutierrez Body Cam Video 4 – 4/5/16 – 2208W | | | |
| 184. | Officer Gutierrez Body Cam Video 5 – 4/5/16 – 2238W | | | |
| 185. | Officer Gutierrez Body Cam Video 6 – 4/5/16 – 2308W | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 186. | Officer Heard Body Cam Video 1 – 4/5/16 – 2200W | | | 1/22/20 186A 00:54 - 3:34 1/23/20 186B 2:10-2:35 |
| 187. | Officer Heard Body Cam Video 2 – 4/5/16 – 2230W | | | |
| 188. | Officer Heard Body Cam Video 3 – 4/5/16 – 2259W | | | |
| 189. | Officer Hernandez Body Cam Video 1 – 4/5/16 – 1953W | | | 1/22/20 189A 4:30-8:05 Clip 6-7:16-8:00 |
| 190. | Officer Hernandez Body Cam Video 2 – 4/5/16 – 2023W | | | |
| 191. | Officer Hernandez Body Cam Video 3 – 4/5/16 – 2053W | | | |
| 192. | Officer Hernandez Body Cam Video 4 – 4/5/16 – 2123W | | | |
| 193. | Officer Hernandez Body Cam Video 5 – 4/5/16 – 2153W | | | 1/22/20 193A 7:51-9:11 1/23/20 193B 7:51-8:32 |
| 194. | Officer Hernandez Body Cam Video 6 – | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | 4/5/16 – 2223W |  |  |  |
| 195. | Officer Hernandez Body Cam Video 7 – 4/5/16 – 2253W |  |  |  |
| 196. | Officer Hernandez Body Cam Video 8 – 4/5/16 – 2323W |  |  |  |
| 197. | Officer Martinez Body Cam Video 1 – 4/5/16 – 1959W |  |  |  |
| 198. | Officer Martinez Body Cam Video 2 – 4/5/16 – 2029W |  |  |  |
| 199. | Officer Martinez Body Cam Video 3 – 4/5/16 – 2059W |  |  |  |
| 200. | Officer Martinez Body Cam Video 4 – 4/5/16 – 2129W |  |  |  |
| 201. | Officer Martinez Body Cam Video 5 – 4/5/16 – 2159W |  |  | 1/23/20 201A 0:10-1:54 |
| 202. | Officer Martinez Body Cam Video 6 – 4/5/16 – 2230W |  |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 203. | Officer Martinez Body Cam Video 7 – 4/5/16 – 2300W | | | |
| 204. | Sergeant McDowell Body Cam Video 1 – Barricade (1)W | | | |
| 205. | Sergeant McDowell Body Cam Video 2 – Barricade (2)W | | | |
| 206. | Sergeant McDowell Body Cam Video 3 – Barricade (3)W | | | |
| 207. | Sergeant McDowell Body Cam Video 4 – Barricade (4)W | | | |
| 208. | Sergeant McDowell Body Cam Video 5 – Barricade (5)W | | | |
| 209. | Sergeant McDowell Body Cam Video 6 – Barricade (6)W | | | |
| 210. | Sergeant McDowell Body Cam Video 7 – Barricade (7)W | | | |
| 211. | Sergeant McDowell Body Cam Video 8 – | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
|  | Barricade (8)W |  |  |  |
| 212. | Sergeant McDowell Body Cam Video 9 – Barricade (9)W |  |  |  |
| 213. | Sergeant McDowell Body Cam Video 10 – Barricade (10)W |  |  | 1/22/20 213A 28:54 – 30:05 |
| 214. | Sergeant McDowell Body Cam Video 11 – BarricadeW |  |  |  |
| 215. | Officer Alforo Body Cam Video 1 – 4/5/16 – 2010W |  |  |  |
| 216. | Officer Alforo Body Cam Video 2 – 4/5/16 – 2028W |  |  |  |
| 217. | Sergeant Bender Body Cam Video – 4/15/16 – 2106W |  |  |  |
| 218. | Officer Brubaker Body Cam Video 1 – Help_Call_Male_Ment alW |  |  |  |
| 219. | Officer Brubaker Body Cam Video 2 – Help_Call_P2W |  |  |  |

-34-

JOINT AMENDED EXHIBIT LIST

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 220. | Officer Cuartas Body Cam Video 1 – 4/5/16 – 2004W | | | |
| 221. | Officer Cuartas Body Cam Video 2 – 4/5/16 – 2034W | | | |
| 222. | Officer Cuartas Body Cam Video 3 – 4/5/16 – 2104W | | | |
| 223. | Officer Koufos Body Cam Video 1 – 4/5/16 – 2007W | | | |
| 224. | Officer Koufos Body Cam Video 2 – 4/5/16 – 2038W | | | |
| 225. | Officer Koufos Body Cam Video 3 – 4/5/16 – 2108W | | | |
| 226. | Officer Martin Body Cam Video 1 – 4/5/16 – 2012W | | | |
| 227. | Officer Martin Body Cam Video 2 – 4/5/16 – 2047W | | | |
| 228. | Officer McLaren Body | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Cam Video 1 – 4/5/16 – 2009W |  |  |  |
| 229. | Officer McLaren Body Cam Video 2 – 4/5/16 – 2039W |  |  |  |
| 230. | Officer Miranda Body Cam Video 1 – 4/5/16 – 918M-file 2W |  |  |  |
| 231. | Officer Miranda Body Cam Video 2 – 918MW |  |  |  |
| 232. | Officer Ruelas Body Cam Video 1 – 4/5/16 – 2019W |  |  |  |
| 233. | Officer Sanda Body Cam Video 1 – 14708_LakesideW |  |  |  |
| 234. | Officer Rubio Body Cam Video 1 – 4/5/16 – 1959w |  |  |  |
| 235. | Officer Rubio Body Cam Video 2 – 4/5/16 – 2029w |  |  | C4042 – 1/23/20 19:50–21:10 |
| 236. | Officer Rubio Body Cam Video 3 – 4/5/16 – 2059w |  |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 237. | Officer Rubio Body Cam Video 4 – 4/5/16 – 2129w | | | |
| 238. | Officer Rubio Body Cam Video 5 – 4/5/16 – 2159w | | | 2/22/20 Clip 43 27:00-29:00 1/23/20 Clip 46 1:48-2:42 |
| 239. | Officer Rubio Body Cam Video 6 – 4/5/16 – 2229w | | | |
| 240. | Officer Rubio Body Cam Video 7 – 4/5/16 - 2259 | | | |
| 241. | Sergeant Wert Body Cam Video 1 - 4/5/16 – 2017W | | | 2/22/20 Clip 18 25:00-30:10 |
| 242. | Sergeant Wert Body Cam Video 2 – 4/5/16 – 2047W | | | 2/22/20 Clip 19 - 28:06-29:44 |
| 243. | Sergeant Wert Body Cam Video 3 – 4/5/16 – 2117W | | | 2/22/20 Clip 22 21:43-23:30 Clip 24 28:38-29:39 Clip 20 - 5:20-7:50 Clip 21 - 18:55-19:19 |
| 244. | Sergeant Wert Body Cam Video 4 – 4/5/16 – 2147 (1)W | | | 2/22/20 Clip 14 - 22:50-28:51 |
| 245. | Sergeant Wert Body Cam Video 5 – | | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | 4/5/16 – 2217W | | | |
| 246. | Sergeant Wert Body Cam Video 6 – 4/5/16 – 2248W | | | |
| 247. | Transcript of the Audio Recorded Interview of Mario Rios (CITY 1565-1617) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 248. | Transcript of the Audio Recorded Interview of Joseph McDowell (CITY 344-390) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 249. | Transcript of the Audio Recorded Interview of James Bender (CITY 2011-2021) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 250. | Transcript of the Audio Recorded Interview of | Def: Relevancy, hearsay, Evidence Code Sections 403, | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Enrique Anzaldo (CITY 1291-1358) | 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 251. | Transcript of the Audio Recorded Interview of Dain Hurst (CITY 1024-1083) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 252. | Transcript of the Audio Recorded Interview of Tim McCarthy (CITY 1359-1406) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 253. | Transcript of the Audio Recorded Interview of Rich Alba (CITY 943-985) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 254. | Transcript of the Audio | Def: Relevancy, hearsay, Evidence |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Recorded Interview of Leon Maya (CITY 1407-1450) | Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 255. | Transcript of the Audio Recorded Interview of Keith Bacon (CITY 1451-1496) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 256. | Transcript of the Audio Recorded Interview of Joseph Goosby (CITY 1084-1115) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |
| 257. | Transcript of the Audio Recorded Interview of Joe Dominguez (CITY 1188-1235) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. |  |  |

| No. | Description | Objections | Date Identified | Date Admitted |
|-----|-------------|------------|-----------------|---------------|
| 258. | Transcript of the Audio Recorded Interview of James Hart (CITY 1236-1290) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 259. | Transcript of the Audio Recorded Interview of Guy Dobine (CITY 1149-1187) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 260. | Transcript of the Audio Recorded Interview of Bruce Adam (CITY 1116-1148) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 261. | Transcript of the Audio Recorded Interview of Valentin Martinez (CITY 618-674) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be | 0949 P 10  1/23/20 | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | used. | | |
| 262. | Transcript of the Audio Recorded Interview of Missak Diar-Bekirian (CITY 138-217) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 263. | Transcript of the Audio Recorded Interview of Juan Garcia (CITY 532-576) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 264. | Transcript of the Audio Recorded Interview of John Cooke (CITY 391-431) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 265. | Transcript of the Audio Recorded Interview of Eric Hernandez (CITY 2172-2173) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Deposition would be used. | | |
| 266. | Transcript of the Audio Recorded Interview of Eric Gutierrez (CITY 2524-2529) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 267. | Transcript of the Audio Recorded Interview of Rene Banuelos (CITY 1618-1656) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 268. | Transcript of the Audio Recorded Interview of William Heard (CITY 750-798) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 269. | Transcript of the Audio Recorded Interview of Ruben Lopez (CITY 859-885) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | purposes, just as a Deposition would be used. | | |
| 270. | Transcript of the Audio Recorded Interview of Captain Lee (CITY 2022-2037) | Def: Relevancy, hearsay, Evidence Code Sections 403, 404 & 611. Such documents should only be used for impeachment purposes, just as a Deposition would be used. | | |
| 271. | Learning Domain 20 – Use of Force | Plaintiffs' Objections: FRE 801, 802. | 1/28/20 | |
| 272. | Learning Domain 37 – Mental Illness | Plaintiffs' Objections: FRE 801, 802. | 1/28/20 272- 105 | |
| 273. | 2016 LAPD Manual | Plaintiffs' Objections: FRE 801, 802; FRE 401, 402; FRE 403. | 1/28/20 273-1 | |
| 274. | Evidence Item #2, 12 GA, Expended "LAPD Super Sock" | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 275. | Evidence Item #22, Beanbag sock | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 276. | Evidence Item #37, 40mm Round Rubber | Defendants' Objections: Relevancy, hearsay, Evidence Code | | |

| No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Baton | Sections 403, 404 & lack of foundation. | | |
| 277. | Evidence Item #44, TASER probe | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 278. | Evidence Item #48, Shotshell Wads | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 279. | Evidence Item #52, Discharged Cartridge Case, 5.56mm, headstamp | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 280. | Evidence Item #55, One Pair of Scissors with Blue Loops | Defendants' Objections: Relevancy, hearsay, Evidence Code Sections 403, 404 & lack of foundation. | | |
| 281. | Google Maps Overview of Scene | | | |
| 282. | Photo of Small Blue Scissors | Defendants' Objections: Relevancy, Evidence Code Sections 402, 403, 404 & 611 | | |
| 283. | Photo of Devices Used During Incident | | | |
| 284 | VIDEO | → 1/28/20 | | |
| 285 | PHOTO | → 1/28/20 | | |

-45-