REDACTED
FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.D., a minor, by and through her guardian ad litem Desiree DeLeon, individually and as successor-in-interest to Cesar Frias, deceased; JUAN FRIAS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; ENRIQUE ANZALDO; LEON MAYA; RUBEN LOPEZ; JUAN GARCIA; VALENTIN MARTINEZ; SYNTHIA LEE; BRUCE ADAM; GUY DOBINE; JOE DOMINGUEZ; JOSEPH GOOSBY; TIM MCCARTHY,<br><br>Defendants. | Case No: 2:16-cv-04626-PSG-SK<br><br>[*Honorable Philip S. Gutierrez*]<br><br>**SPECIAL VERDICT FORM** |

We the jury in the above-entitled case, find the following:

**FOURTH AMENDMENT EXCESSIVE FORCE CLAIM**

**QUESTION 1:**
Did any of the following officers use excessive force against Cesar Frias?

<u>Use of Beanbag Shotgun</u>

| | | |
|---|---|---|
| Juan Garcia | _____ YES | ✓ NO |
| Valentin Martinez | _____ YES | ✓ NO |
| Guy Dobine | ✓ YES | _____ NO |

<u>Use of a 40 mm Sponge Launcher</u>

| | | |
|---|---|---|
| Joe Dominguez | ✓ YES | _____ NO |

<u>Use of Assault Rifle</u>

| | | |
|---|---|---|
| Enrique Anzaldo | _____ YES | ✓ NO |

<u>Use of Taser</u>

| | | |
|---|---|---|
| Leon Maya | ✓ YES | _____ NO |
| Joseph Goosby | ✓ YES | _____ NO |
| Joe Dominguez | ✓ YES | _____ NO |

<u>Use of Pinning Pole</u>

| | | |
|---|---|---|
| Bruce Adam | _____ YES | ✓ NO |

<u>Kicks</u>

| | | |
|---|---|---|
| Tim McCarthy | _____ YES | ✓ NO |

*If you answered "Yes" to Question 1, please answer Question 2.*

*If you answered "No" to Question 2, please proceed to Question 3.*

QUESTION 2:

Was the use of excessive force a cause of harm, damage, injury, loss, or death to Cesar Frias?

<u>Use of Beanbag Shotgun</u>

| | | |
|---|---|---|
| Juan Garcia | _____ YES | __✓__ NO |
| Valentin Martinez | _____ YES | __✓__ NO |
| Guy Dobine | __✓__ YES | _____ NO |

<u>Use of a 40 mm Sponge Launcher</u>

| | | |
|---|---|---|
| Joe Dominguez | __✓__ YES | _____ NO |

<u>Use of Assault Rifle</u>

| | | |
|---|---|---|
| Enrique Anzaldo | _____ YES | __✓__ NO |

<u>Use of Taser</u>

| | | |
|---|---|---|
| Leon Maya | __✓__ YES | _____ NO |
| Joseph Goosby | __✓__ YES | _____ NO |
| Joe Dominguez | __✓__ YES | _____ NO |

<u>Use of Pinning Pole</u>

| | | |
|---|---|---|
| Bruce Adam | _____ YES | __✓__ NO |

<u>Kicks</u>

| | | |
|---|---|---|
| Tim McCarthy | _____ YES | __✓__ NO |

*Please proceed to Question 3.*

# DENIAL OF MEDICAL CARE CLAIM

QUESTION 3:
 Did any of the following officers deny Cesar Frias timely medical care?

| Officer | Yes | No |
|---|---|---|
| Enrique Anzaldo | | ✓ |
| Leon Maya | ✓ | |
| Bruce Adam | | ✓ |
| Joseph Goosby | ✓ | |
| Tim McCarthy | | ✓ |

*If you answered "Yes" to Question 3, please answer Question 4.*

*If you answered "No" to Question 3, please proceed to Question 5.*

QUESTION 4:
 Was the denial of timely medical care a cause of injury, harm, or death to Cesar Frias?

| Officer | Yes | No |
|---|---|---|
| Enrique Anzaldo | | ✓ |
| Leon Maya | ✓ | |
| Bruce Adam | | ✓ |
| Joseph Goosby | ✓ | |
| Tim McCarthy | | ✓ |

*Please proceed to Question 5.*

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 5:**

Did any of the following LAPD officers interfere with the Plaintiffs' familial relationship with Cesar Frias?

| Officer | | |
|---|---|---|
| Bruce Adam | ____ YES | ✓ NO |
| Guy Dobine | ✓ YES | ____ NO |
| Joe Dominguez | ✓ YES | ____ NO |
| Enrique Anzaldo | ____ YES | ✓ NO |
| Leon Maya | ✓ YES | ____ NO |
| Joseph Goosby | ✓ YES | ____ NO |

*Please proceed to Question 6.*

## BATTERY CLAIM

**QUESTION 6:**

Did any of the involved LAPD officers use unreasonable force against Cesar Frias?

✓ YES      ____ NO

-5-

*If you answered "Yes" to Question 6, please answer Question 7.*

*If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:**
Was the use of unreasonable force by any of the involved LAPD officers a cause of Cesar Frias' death?

\_\_✓\_\_ YES  _____ NO

*Please proceed to Question 8.*

## NEGLIGENCE CLAIM

**QUESTION 8:**
Were any of the involved LAPD officers negligent towards Cesar Frias?

_____ YES  \_\_✓\_\_ NO

*If you answered "Yes" to Question 8, please answer Question 9.*

*If you answered "No" to Question 8, please proceed to Question 13.*

**QUESTION 9:**
Was the negligence of any of the involved LAPD officers a cause of Cesar Frias' death?

_____ YES  _____ NO

*If you answered "Yes" to Question 9, please answer Question 10.*

*If you answered "No" to Question 9, please proceed to Question 12.*

**QUESTION 10:**
Was Cesar Frias negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 10, please answer Question 11.*

*If you answered "No" to Question 10, please proceed to Question 13.*

**QUESTION 11:**
Was Cesar Frias' negligence a cause of his death?

_____ YES        _____ NO

*If you answered "Yes" to Question 11, please answer Question 12.*

*If you answered "No" to Question 11, please proceed to Question 13.*

**QUESTION 12:**

What percentage of negligence that was a cause Cesar Frias' death do you assign to the involved LAPD officers, and what percentage of negligence that was a cause of Cesar Frias' death do you assign to Cesar Frias, if any? (Your total should equal 100%).

| | | |
|---|---|---|
| | LAPD Officers | _____ % |
| | Cesar Frias | _____ % |
| | Total | 100 % |

*Please proceed to Question 13.*

## BANE ACT CLAIM

**QUESTION 13:**

Did any of the involved LAPD officers act with a reckless disregard for Cesar Frias' constitutional right to be free from arrest without probable cause, excessive force, and/or timely medical care?

    ✓ YES     _____ NO

*Please proceed to Question 14.*

-8-

*Answer Question 14 only if you answered "yes" to Questions 2, 4, or 13.*

*If you answered "no" to all of Questions 2, 4, and 13, then please proceed to Question 15.*

## DAMAGES

**QUESTION 14:**

What are Cesar Frias' damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering     $ 500,000

Loss of Life     $ 500,000

*Answer Question 15 only if you answered "yes" to Questions 5, 7, or 9. If you answered "no" to all of Questions 5, 7, and 9, then please proceed to Question 15.*

**QUESTION 15:**
What are Layla's damages?

Past loss     $ 500,000

Future loss     $ 1,500,000

*Answer Question 16 only if you answered "yes" to Question 5. If you answered "no" to Question 5, please proceed to Question 17.*

**QUESTION 16:**
What are Juan Frias' damages?

Past loss $ 500,000

Future loss $ 1,000,000

*Please proceed to Question 17.*

**QUESTION 17:**
Did any of the following officers act with malice, oppression, or in reckless disregard of Cesar Frias' rights?

| Officer | YES | NO |
|---|---|---|
| Juan Garcia | | ✓ |
| Valentin Martinez | | ✓ |
| Bruce Adam | | ✓ |
| Guy Dobine | | ✓ |
| Joe Dominguez | | ✓ |
| Enrique Anzaldo | | ✓ |
| Leon Maya | | ✓ |
| Joseph Goosby | | ✓ |

*Please sign and date the verdict form and return it to the Court.*

Date: 1/30/2020                    REDACTED
                                   Jury Foreperson