1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3       HONORABLE PHILIP S. GUTIERREZ, U.S. DISTRICT JUDGE

4

5   L.D., a minor, by and through her      )
    guardian ad litem Desiree DeLeon,      )
6   individually and as                    ) CASE NO.
    successor-in-interest to Cesar         ) CV 16-4626-PSG
7   Frias, deceased; JUAN FRIAS,           )
    individually,                          )
8                                          )
                     Plaintiffs,           )
9                                          )
            vs.                            )
10                                         )
    CITY OF LOS ANGELES; ENRIQUE           )
11  ANZALDO; LEON MAYA; WILLIAM HEARD;     )
    RUBEN LOPEZ; JUAN GARCIA; VALENTIN     )
12  MARTINEZ; SYNTHIA LEE; BRUCE           )
    ADAM; GUY DOBINE; JOE DOMINGUEZ;       )
13  JAMES HART; JOSEPH GOOSBY; TIM         )
    MCCARTHY; DAIN HURST and               )
14  DOES 1-10, inclusive,                  )
                                           )
15                   Defendants,           )
                                           )
16  _____)

17

                REPORTER'S TRANSCRIPT OF PROCEEDINGS
18
                   MONDAY, NOVEMBER 7, 2016
19
                         1:53 P.M.
20
                   LOS ANGELES, CALIFORNIA
21
     _____
22
              MAREA WOOLRICH, CSR 12698, CCRR
23            FEDERAL OFFICIAL COURT REPORTER
              350 WEST FIRST STREET, SUITE 4311
24            LOS ANGELES, CALIFORNIA 90012
                  mareawoolrich@aol.com
25

1  **APPEARANCES OF COUNSEL:**

2

3  **FOR PLAINTIFF JUAN FRIAS:**

4      THE SEHAT LAW FIRM, PLC
        BY:  CAMERON SEHAT
5      18881 Von Karman Avenue, Suite 850
        Irvine, CA 92612
6      Telephone: (949) 825-5200

7

       **FOR ENRIQUE ANZALDO:**
8
       JONES & MAYER
9      BY:  JAMES TOUCHSTONE
       3777 North Harbor Boulevard
10     Fullerton, CA 92835
       Telephone:  (714) 446-1400

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 7, 2016

 2                            1:53 P.M.

 3                             -oOo-

 4

 5              THE CLERK:  Calling Item 7, Civil 16-4626, Frias

 6   versus City of LA.

 7              Counsel, please state your appearances.

 8              MR. TOUCHSTONE:  Good afternoon, Your Honor.

 9   James Touchstone on behalf of Defendant Enrique Anzaldo.

10              MR. SEHAT:  Good afternoon, Your Honor.  Cameron

11   Sehat on behalf of Plaintiff Juan Frias.

12              THE COURT:  All right.  I have a question for the

13   City Attorney.  So the shooting date was in April of 2016.  The

14   Complaint was filed June 2016.  Do you have an estimate as to

15   when the FID will be completed?  An estimate?

16              MR. TOUCHSTONE:  Your Honor, I'm not the City

17   Attorney.  I'm conflict counsel for Defendant Anzaldo.

18   However, I have had discussions with Mr. Bojorquez.  It's my

19   understanding that we anticipate the FID report will be

20   completed in approximately February of next year, late January,

21   sometime around that time frame.

22              THE COURT:  So it will be completed within -- well

23   within a year of the shooting?

24              MR. TOUCHSTONE:  I believe so, Your Honor, yes.

25   They typically take nine months in my experience in
```

UNITED STATES DISTRICT COURT

1   representing the city of LA's officers.  On the outside,

2   sometimes they take up to a year depending on the complexity of

3   the investigation, et cetera.

4            THE COURT:  Why don't we do -- I've read the

5   plaintiff's concern.  It still is relatively early as cases go.

6   My proposal would be to stay the case and reschedule a

7   scheduling conference for February 6, 2017, at 2:00.

8            MR. TOUCHSTONE:  I certainly think that's

9   appropriate from our perspective, Your Honor.

10            THE COURT:  All right.  Thank you.

11            MR. SEHAT:  Thank you, Your Honor.

12            (At 1:55 p.m. the proceedings adjourned.)

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF OFFICIAL REPORTER**

1

2

3

4

5            I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME

6  COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT

7  FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY

8  THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE

9  THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT

12  IS IN CONFORMANCE WITH THE REGULATION OF THE JUDICIAL

13  CONFERENCE OF THE UNITED STATES.

14

15

16            DATED THIS  11TH  DAY OF AUGUST, 2020.

17

18

19            /S/ MAREA WOOLRICH

20            MAREA WOOLRICH, CSR NO. 12698, CCRR
              FEDERAL OFFICIAL COURT REPORTER
21

22

23

24

25

**UNITED STATES DISTRICT COURT**