1

```
                UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

        HONORABLE PHILIP S. GUTIERREZ, U.S. DISTRICT JUDGE


L.D., a minor, by and through her    )
guardian ad litem Desiree DeLeon,    )
individually and as                  ) CASE NO.
successor-in-interest to Cesar       ) CV 16-4626-PSG
Frias, deceased; JUAN FRIAS,         )
individually,                        )
                                     )
            Plaintiffs,              )
                                     )
      vs.                            )
                                     )
CITY OF LOS ANGELES; ENRIQUE         )
ANZALDO; LEON MAYA; WILLIAM HEARD;   )
RUBEN LOPEZ; JUAN GARCIA; VALENTIN   )
MARTINEZ; SYNTHIA LEE; BRUCE         )
ADAM; GUY DOBINE; JOE DOMINGUEZ;     )
JAMES HART; JOSEPH GOOSBY; TIM       )
MCCARTHY; DAIN HURST and             )
DOES 1-10, inclusive,                )
                                     )
            Defendants,              )
                                     )
_____)


              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                 THURSDAY, SEPTEMBER 19, 2019

                         1:31 P.M.

                   LOS ANGELES, CALIFORNIA
_____

              MAREA WOOLRICH, CSR 12698, CCRR
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST FIRST STREET, SUITE 4311
              LOS ANGELES, CALIFORNIA 90012
                   mareawoolrich@aol.com
```

UNITED STATES DISTRICT COURT

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFF L.D.:**

    LAW OFFICES OF DALE K. GALIPO
    BY:  DALE K. GALIPO
    MARCEL SINCICH
    RENEE MASONGSONG
    21800 Burbank Boulevard, Suite 310
    Woodland Hills, California 91367
    Telephone: (818) 347-3333

**FOR PLAINTIFF JUAN FRIAS:**

    THE SEHAT LAW FIRM, PLC
    BY:  CAMERON SEHAT
    18881 Von Karman Avenue, Suite 850
    Irvine, CA 92612
    Telephone: (949) 825-5200

```
 1            LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 19, 2019
 2                              1:30 P.M.
 3                               -oOo-
 4
 5            THE CLERK:  Calling Civil 16--4626, Frias versus
 6   City of LA.
 7            Counsel, if you could please state your appearances
 8   slowly for the Court and the court reporter.
 9            MR. GALIPO:  Yes.  Dale Galipo appearing
10   telephonically with my associates Renee Masongsong and Marcel
11   Sincich on behalf of the minor plaintiff.
12            MR. BOJORQUEZ:  Good afternoon, Your Honor.
13   Christian Bojorquez on behalf of the individual defendants in
14   this matter.
15            THE COURT:  Good afternoon, Counsel.  This is
16   Judge Gutierrez.  I'm also telephonically.
17            First preliminarily, let me thank the both of you
18   for taking this call on such short notice.  Second, I know that
19   all of you have been preparing diligently for trial because I
20   just checked the docket and saw that.
21            I wanted to contact you as soon as possible.
22   Yesterday I found out that I fractured by right foot and have a
23   torn meniscus in my right knee and have been told to stay off
24   my feet for ten days.  And I'm anticipating, when the MRI comes
25   back on Monday, that we'll schedule surgery on my right knee.
```

1       So given that news, I just can't go to trial on
2  Tuesday, and I apologize.  I know both of you have crazy trial
3  schedules similar to the Courts and its criminal trials.  But
4  the best I can do looking at the calendar -- the earliest I can
5  do is October -- I'm assuming that everything goes well and I'm
6  back and going forward on October 1st.
7       But probably the most likely first trial date would
8  be October 15th.  And I don't know what both of your trial
9  schedules are.  I would throw that out.  And what I was
10 anticipating that the both of you would get together and with
11 your busy trial schedules -- and I know also given the
12 unique -- with the multiple defendants, that we would come
13 together and find a new trial date hopefully sooner rather than
14 later.  But, again, I don't know what your trial schedules are.
15       MR. GALIPO:  Understood, Your Honor.
16       MR. BOJORQUEZ:  Mr. Galipo and I can discuss it, and
17 then it would be appropriate to give the Court a couple of
18 options we discussed and see if it's --
19       THE COURT:  That's fine.  I'm assuming that the both
20 of you will agree on something.  I'd be shocked if it didn't
21 happen.  If it doesn't happen, we can have another conference
22 call.  But I don't think that would happen I suspect.
23       What I'm anticipating is that all of you would get
24 together and file a stipulation and I would sign off on the
25 order and get this thing done.

```
 1              MR. GALIPO:  Okay.  Dale Galipo speaking.
 2              First of all, Your Honor, my apologies and
 3    condolences go out to you which I'm sure from defense counsel,
 4    that's a terrible thing to have happened to you, and I fully
 5    understand why we cannot proceed with the trial, and we hope
 6    you a very speedy and quick recovery for that.
 7              Secondly, I could do the 15th.  I do have a trial
 8    starting -- a short trial.  I could do the 15th.  I realize
 9    there's so many people involved that I'm sure Mr. Bojorquez
10    would have to check with his schedule and his people.  So we'll
11    confer with each other and see if the 15th works.  If it
12    doesn't, we'll try to come up with something else that works
13    for us and hopefully for Your Honor.
14              THE COURT:  Great.  Okay.
15              MR. GALIPO:  Thank you, Your Honor.
16              THE COURT:  Thank you.
17              MR. BOJORQUEZ:  Thank you, Your Honor.
18              (At 1:35 p.m. the proceedings adjourned.)
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

I, MAREA WOOLRICH, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATION OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATED THIS  12TH  DAY OF AUGUST, 2020.


/S/ MAREA WOOLRICH
_____
MAREA WOOLRICH, CSR NO. 12698, CCRR
FEDERAL OFFICIAL COURT REPORTER