# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

L.D., et al.

V.

City of Los Angeles, et al.,

Case Number: CV16-04626-PSG (SKx)

Judgment was entered in this action on __2/13/2020__ / _____ against Defendants City, Dobine, Dominguez, Maya, & Goosby
                                              Date              Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 ................. *Only 1 filing fee is charged in each case.* | $400.00 ~~$800.00~~ |
| Fees for service of process: see L.R. 54-3.2 | $328.88 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | $13,590.70 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | $355.00 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $568.47 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) ... *Other costs pursuant to L.R. 54-3.12 are only taxable upon order of the court. No court order has been submitted.* | $0.00 ~~$918.87~~ |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$15,243.05** ~~$16,561.92~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other

_____/s/_____
Signature

Marcel F. Sincich
Print Name

Attorney for: Plaintiff L.D.

Costs are taxed in the amount of ~~$16,549.60~~ $15,243.05

Kiry Gray
Clerk of Court

By: _____
    Deputy Clerk

October 20, 2020
Date

| WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ajay Panchal, M.D., Los Angeles, CA | 1 | $40.00 | | | | | $40.00 |
| Scott Shaler, Los Angeles, CA | 1 | $275.00 | | | | | $275.00 |
| Ajay Panchal, M.D., Los Angeles, CA | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $355.00 |