

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.D., by and through her guardian *ad litem* Desiree DeLeon, individually and as successor in interest to Cesar Frias, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:16-cv-04626-PSG-SK<br><br>*[Honorable Philip S. Gutierrez]*<br><br>[~~PROPOSED~~] ~~ALTERNATIVE~~ ORDER NO. 1 APPROVING UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF L.D. |

1

[P~~ROPOSED~~] ~~A~~LTERNATIVE ORDER NO. 1 APPROVING COMPROMISE OF MINOR PLAINTIFF L.D.

**[~~PROPOSED~~] ORDER**

This Court, having considered Plaintiff L.D.'s and Petitioner Desiree DeLeon's Unopposed *Ex Parte* Application for Compromise of the Claims of Minor Plaintiff L.D., and GOOD CAUSE appearing therefore, hereby GRANTS the Application and makes the following orders:

1. The settlement of minor Plaintiff L.D.'s action against the Defendants, including Defendant City of Los Angeles, in the net amount of $1,413,380.66, is hereby approved.

3. Defendants, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds allocated to L.D. and her attorneys in the amount of $2,400,000 no later than December 15, 2020, payable as follows:

    a. A draft for $986,619.34 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account." These funds shall be used to satisfy the attorneys' fees owed to the Law Offices of Dale K. Galipo in the amount of $960,000 and the costs owed to Plaintiff L.D.'s attorneys in the amount of $26,619.34.

    b. Defendant City of Los Angeles will purchase a structured annuity for the minor Plaintiff L.D. in the amount of $1,413,380.66 from Met Life Assignment Company, Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Met Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit A" to the Declaration of Renee V. Masongsong and in the table below. The total amount that L.D. will receive after the final payment is made to her from the annuity under this proposal is $2,110,000.

2

[~~PROPOSED~~] ~~ALTERNATIVE~~ ORDER NO. 1 APPROVING COMPROMISE OF MINOR PLAINTIFF L.D.

4. Annuity Carrier shall provide periodic payments in accordance with "Exhibit A" to the Declaration of Renee V. Masongsong and as set forth in the table below.

5. All sums and periodic payments set forth in the section entitled "Payments" constitute damages on account of personal injuries or illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

6. Disbursement drafts will be made payable and will begin being issued directly to L.D. upon reaching the age of maturity according to the payment schedule.

[P&zwj;ROPOSED] A&zwj;LTERNATIVE O&zwj;RDER N&zwj;O. 1 A&zwj;PPROVING C&zwj;OMPROMISE OF M&zwj;INOR P&zwj;LAINTIFF L.D.

**Periodic Payments to Minor Plaintiff L.D.**

| | |
|---|---|
| $45,000 | Payable semi-annually, guaranteed for five (5) years, commencing on 11/15/2034 with last payment on 05/15/2039 |
| $3,000 | Payable monthly, guaranteed for five (5) years, commencing on 11/15/2039 with last payment on 10/15/2044 |
| $100,000 | Lump Sum Payment on 11/15/2040 |
| $150,000 | Lump Sum Payment on 11/15/2042 |
| $350,000 | Lump Sum Payment on 11/15/2044 |
| $880,000 | Lump Sum Payment on 11/15/2046 |

**Periodic Payment to Desiree DeLeon, as Parent and Guardian for L.D.'s Benefit**

| | |
|---|---|
| $800 | Payable monthly, guaranteed for 13 years and 10 months only, commencing on 02/01/2021, last payment on 11/01/2034 |

7. Defendants will execute a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of the Defendant's liability to make the periodic payments as described in the above table and in the exhibits to the Declaration of Renee V. Masongsong filed concurrently herewith. Such assignment, if made, shall be accepted by Plaintiffs without right of rejection and shall completely release and discharge Defendant from such obligations hereunder as are assigned to Assignee. This includes that Defendant shall sign a Qualified Assignment document.

4

[Proposed] Alternative Order No. 1 Approving Compromise of Minor Plaintiff L.D.

8. Defendants and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

9. Assignee shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

10. Assignee may have Annuity Carrier mail payments directly to L.D. when she reaches the age of majority, as set forth above. Desiree DeLeon (until L.D. reaches the age of majority) and then L.D. shall be responsible for maintaining the currency of the proper mailing addresses and mortality information to Assignee.

**IT IS SO ORDERED.**

Dated: \_\_11/25/_____, 2020

_____
Honorable Philip Gutierrez
United States District Court
Central District of California

5

[PROPOSED] ALTERNATIVE ORDER NO. 1 APPROVING COMPROMISE OF MINOR PLAINTIFF L.D.