

**FILED**

JAN 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| L.D., a minor, by and through her guardian ad litem Desiree DeLeon, individually and as successor-in-interest to Cesar Frias, deceased; JUAN FRIAS, individually,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants-Appellants,<br><br> and<br><br>ENRIQUE ANZALDO; et al.,<br><br>        Defendants. | No.   20-55553<br><br>D.C. Nos.<br>2:16-cv-04626-PSG-SK<br>2:17-cv-00827-PSG-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 11) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT:

                      Sasha M. Cummings
                      Circuit Mediator

SMC/Mediation